**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RITA FOHNE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CAUSE NO. 07-CV-284-WDS** |
| ) | |
| **PFIZER, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

**STIEHL, District Judge:**

     The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

     **IT IS SO ORDERED.**

     **DATED: May 2, 2007.**

                                **s/ WILLIAM D. STIEHL**
                                      DISTRICT JUDGE

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 07-284-DRH.